AO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        TEXAS

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Victor Manolo PEREZ-De Leon AKA Victor Manuel PEREZ-De Leon,AKA Victor PEREZ,AKA Victor Manolo PEREZ DE LEON,AKA Victor PEREZ-De Leon,AKA Victor Manola PEREZ DE LEON,AKA Victor Manola PEREZ-De Leon GUATE | Case Number: L-12-PO4257 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **6/2/2012** in **Laredo**, **Webb** County, in the **Southern** District of **Texas** **Victor Manolo PEREZ-De Leon** defendant(s), an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Furthermore, it is based on verbal statements by, Victor Manolo PEREZ-De Leon, who admitted to being a citizen of Guatemala, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on June 2, 2012

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/
Signature of Complainant

Rafael Garcia
Printed Name of Complainant

Sworn to before me and signed in my presence,

6/5/2012                                              at    Laredo, Texas
Date                                                          City and State

Diana Song Quiroga, U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer